JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CA 1000 NORTH LA BREA, LLC, a California limited liability company; BLACK RUSH, LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-02933-RGK-MAR<br><br>*Hon. R. Gary Klausner*<br><br>**CORRECTED (title of document)**<br><br>~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE [28]<br><br>Action Filed: May 3, 2022<br>Trial Date:   April 4, 2023 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff, Todd Williamson's, action against Defendants, CA 1000 North La Brea, LLC and Black Rush, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: 3/2/2023

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
United States District Judge